**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DARE PETER ALADEYELU, | : | Civil No. 1:26-CV-01542 |
| Petitioner, | : | |
| v. | : | |
| CRAIG LOWE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# MEMORANDUM

Before the court is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Dare Peter Aladeyelu. (Doc. 1.) Because Petitioner has voluntarily departed from the United States, the court finds that his petition is moot and will be dismissed.

On June 5, 2026, Petitioner filed this petition for writ of habeas corpus against Craig Lowe, Warden of Pike County Correctional Facility (“Respondent”). (Doc. 1.) He argues that his continued detention violates his due process rights. (*Id.*) Respondent filed a response on June 26, 2026, and Petitioner did not file a traverse. (Doc. 8.) In the response, the court was advised that Petitioner had been granted a voluntary departure. (*Id.*) Thus, on October 14, 2026, the court requested an update from Respondent on Petitioner’s status as to the voluntary departure. (Doc. 11.) Respondent advised the court that Petitioner voluntarily departed from the United States on August 15, 2026. (Doc. 12.)

Generally, a petition for habeas corpus becomes moot when the petitioner is released from custody before the petition has been addressed on the merits. *DeFoy v. McCullough*, 393 F.3d 439, 441 (2005) (citing *Lane v. Williams*, 455 U.S. 624, 631 (1982)). This is so because for a case or controversy to exist, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.* (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990)). Here, even if Petitioner was successful on the merits of his petition, there is no action to be redressed by this court since Petitioner was departed the United States, and he is no longer detained. For this reason, the petition is moot and will be dismissed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 21, 2026